UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONNELL H. DAWSON,<br><br>                    Plaintiff,<br><br>         v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>                    Defendant. | Case No. C10-1999-JCC-BAT<br><br>**ORDER EXTENDING TIME TO FILE REPLY BRIEF** |

Plaintiff has moved, without opposition, to extend the time to file a Reply brief. Based on the reasons set forth in the motion, the Court ORDERS plaintiff shall file a Reply Brief by May 10, 2011.

DATED this <u>27th</u> day of April, 2011.

<u>s/ Brian A. Tsuchida</u><br>
United States Magistrate Judge

ORDER EXTENDING TIME TO FILE REPLY BRIEF - 1