UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONNELL J. DAWSON, | CASE NO. C10-1999-JCC |
| Plaintiff, | ORDER |
| v. | |
| MICHAEL J. ASTRUE, | |
| Defendant. | |

The Court, having considered Plaintiff's Complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida—to which there has been no timely objection—and the balance of the record, ORDERS the following:

1. The Court ADOPTS the Report and Recommendation.

2. The final decision of the Commissioner is REVERSED and the case is REMANDED to the Social Security Administration for the purpose of awarding benefits for the closed period from January 1, 2006, through May 1, 2009.

3. The Clerk shall send copies of this Order to the parties and Judge Tsuchida.

//

//

//

//

DATED this 19th day of August 2011.

John C. Coughenour
UNITED STATES DISTRICT JUDGE